IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**PATRICK EVANS CLARK**                                                                                      **PETITIONER**

**v.**                               **No. 3:19CV300-GHD-RP**

**MARSHALL TURNER, ET AL.**                                     **RESPONDENTS**

### ORDER *DENYING* PETITIONER'S MOTION [7]
### FOR A COPY OF HIS LEGAL FILE

This matter comes before the court on the motion [7] by the petitioner for a copy of his legal papers, which were apparently lost after a gang fight and the following cleanup. The State has responded to the motion, arguing that Mr. Clark had a grievance pending with the Mississippi Department of Corrections regarding his legal documents – and that he could request them from the state court. In addition, on September 24, 2020, the court denied [23] a separate motion in which the petitioner requested a copy of the entire state court record, some 2,700 pages. As the court held in its September 24 motion, "[Clark] has already argued and presented [his arguments] to the court. The court has reviewed the arguments as presented by Mr. Clark and the State and fully understands them." Doc. 23. Further, it appears that Mr. Clark obtained all or most of the documents he seeks, as he included numerous state court documents as exhibits in his 148-page Traverse in support of his petition. Mr. Clark has clearly articulated his arguments and has included many state court documents in support of those arguments. As such, the instant motion [7] for a copy of his legal file is **DENIED**.

**SO ORDERED**, this, the 29th day of September, 2020.

                                                         /s/ Roy Percy
                                                         UNITED STATES MAGISTRATE JUDGE