# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**PATRICK EVANS CLARK**                        **PETITIONER**

v.                                                                                **No. 3:19CV300-GHD-RP**

**MARSHALL TURNER, ET AL.**                   **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED**, this, the 30th day of November, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE